In the Matter of DEFIANCE PAPER COMPANY, Respondent; ROLLIN BROWNE et al., Constituting the Tax Commission of the State of New York, Appellants.

Argued January 16, 1945; decided March 1, 1945.

*Nathaniel L. Goldstein, Attorney-General (Henry S. Manley, Orrin G. Judd* and *Wendell P. Brown* of counsel), for appellant.
*Charles U. Pochel* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.